**Order entered October 21, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00772-CV

## PATRICK DAUGHERTY, Appellant

## V.

## HIGHLAND CAPITAL MANAGEMENT, L.P., ET AL., Appellees

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-04005**

## ORDER

Before the Court is appellant's October 17, 2019 notice informing the Court that appellee Highland Capital Management, L.P. has filed for bankruptcy in the United States Bankruptcy Court for the District of Delaware. This automatically suspends further action in this appeal. *See* TEX. R. APP. P. 8.2.

Accordingly, we **ABATE** this appeal. It may be reinstated on prompt motion by any party complying with Rule 8.3 and specifying what further action, if any, is required from this Court. *See id.* 8.3.

/s/    BILL WHITEHILL
       JUSTICE